FILED

NOT FOR PUBLICATION

JAN 24 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30036 |
| Plaintiff - Appellee, | D.C. No. 6:09-cr-00008-DWM |
| v. | |
| ANTHONY SCOTT RICHARDS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Anthony Scott Richards appeals from the 168-month sentence imposed following his guilty-plea conviction for distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Richards contends that his sentence is unreasonable because it was greater than necessary to accomplish the statutory purposes of sentencing when considered in light of his significant mental health issues. The record reflects that the district court carefully considered his mental condition and emotional state as part of its analysis of the 18 U.S.C. § 3553(a) sentencing factors, and provided a well-reasoned and thorough explanation for the sentence imposed. The district court did not procedurally err, and the sentence is substantively reasonable under the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *see also United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**